UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SANDRA L. WILLIAMS, | ) | CASE NO. C02-2252-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR ATTORNEY'S FEES |
| MICHAEL J. ASTRUE, | ) | PURSUANT TO 42 U.S.C. § 406(b) |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b). (Dkt. 25.) Defendant does not object to plaintiff's request. (Dkt. 27.) Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

(1) The Court GRANTS plaintiff's motion and authorizes a gross attorney's fee of $10,804.75 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act award of $3,473.75. Plaintiff's attorney shall therefore be awarded the net sum of **$7,331.00**.

(2) Defendant will release the above-described fee, minus any applicable processing fees as allowed by statute, within **thirty days (30)** of the date of this Order.

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)
PAGE -1

01     (3)     The Clerk shall send copies of this Order to the parties.

02 DATED this <u>2nd</u> day of September, 2008.

                                                        /s/ Mary Alice Theiler
                                                        Mary Alice Theiler
                                                        United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)
PAGE -2